**FILED**

JUL 26 2011



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

CIV. 11- 4108

WALTER PIGMAN,

    Plaintiff,

vs.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

**DEFENDANT AMERICAN FAMILY LIFE INSURANCE COMPANY'S NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA**

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

TO: PLAINTIFF WALTER PIGMAN AND HIS ATTORNEY, ROBIN L. ZEPHIER:

PLEASE TAKE NOTICE that on the 26th day of July, 2011, Defendant American Family Life Insurance Company ("AFLIC") filed a Notice of Removal of the above-captioned action in the United States District Court for the District of South Dakota, Southern Division, together with copies of all process and pleadings served upon AFLIC in the action.

A copy of the Notice of Removal, together with copies of all papers attached thereto are herewith served upon you.

Copies of this Notice to Plaintiff of Filing of Notice of Removal of Action to the United States District Court for the District of South Dakota are being served upon the Minnehaha County Clerk of Courts, Sioux Falls, South Dakota thereby effecting removal of said action to the United States District Court.

00940232.1

Case Number: CIV. 11-
Name of Document: Defendant American Family Life Insurance Company's Notice to Plaintiff of Filing of Notice of Removal of Action to the United States District Court for the District of South Dakota
Page 2

Dated this 26th day of July, 2011.

WOODS, FULLER, SHULTZ & SMITH P.C.

By *Jennifer L. Wollman*
Jennifer L. Wollman
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
Phone: (605)336-3890
Facsimile: (605)339-3357
Email: Jennifer.Wollman@Woodsfuller.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2011, I sent to Robin L. Zephier of Abourezk & Zephier, PC, PO Box 9460, Rapid City, South Dakota 57109, Attorneys for Plaintiff, by United States mail, postage prepaid, a true and correct copy of the foregoing Defendant American Family Life Insurance Company's Notice to Plaintiff of Filing of Notice of Removal of Action to the United States District Court for the District of South Dakota.

*Jennifer L. Wollman*
One of the Attorneys for Defendant