**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JAN 2 9 2013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| WALTER PIGMAN, | \* | CIV 11-4108 |
| Plaintiff, | \* | |
| | \* | JUDGMENT OF DISMISSAL |
| vs. | \* | |
| AMERICAN FAMILY INSURANCE COMPANY, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based on the Stipulation of Dismissal of the parties (Doc. 24), and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that this action be, and hereby is, dismissed upon its merits, with prejudice, and without costs to any party.

Dated this 29 day of January, 2013.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge